IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

    v.                         CRIMINAL NO. 15-50058

BULMARO BARAJAS-VASQUEZ                                               DEFENDANT

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Currently before the Court is Defendant Bulmaro Barajas-Vasquez's Pro Se Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Guideline Amendment 782 (Doc. 32).

On June 21, 2016, Defendant pled guilty, pursuant to a written plea agreement (Doc. 15), to conspiracy to distribute a mixture or substance that contained a detectible amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. On November 14, 2016, a judgment was entered sentencing Defendant to 70 months imprisonment, three years supervised release (with deportation anticipated), a $400.00 fine and a $100.00 special assessment. (Doc. 30.)

Guideline Amendment 782, which Defendant references, reduces the offense level applicable to certain drug offenses, including the type Defendant was convicted of, by two levels. This Amendment was actually applied in calculating Defendant's base offense level at a 32. (Doc. 22 ¶ 31.) Prior to the Amendment, Defendant's offense level would have been at a 34. See 2013 U.S.S.G. § 2D1.1 Drug Quantity Table (3). Accordingly, Defendant received the benefit of the Guideline Amendment and there is no basis for granting his motion.

Based on the foregoing, the undersigned recommends that Defendant's **Motion (Doc. 32)** be **DENIED**.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court**.

DATED this 24th day of October, 2017.

/s/ *Erin L. Wiedemann*
    HON. ERIN L. WIEDEMANN
    UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**