# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    **PLAINTIFF**

V.                                    **CASE NO. 5:15-CR-50058**

BULMARO BARAJAS-VASQUEZ                                    **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on October 24, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Modification or Reduction of Sentence (Doc. 32) is **DENIED**.

**IT IS SO ORDERED** on this ____15____ day of November, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE