IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | CASE NO. 5:15-CR-50058-001 | |
| BULMARO BARAJAS-VASQUEZ | | DEFENDANT |

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 47) of Magistrate Judge Erin L. Wiedemann, filed on June 20, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 62) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Amended 28 U.S.C. § 2255 Motion (Doc. 39) is **DISMISSED WITH PREJUDICE**. Further, no certificate of appealability will be granted, if one is sought, in light of the reasoning in the Report and Recommendation.

**IT IS SO ORDERED** on this 13th day of July, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE