# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

v.      CASE NO. 5:15-CR-50058

BULMARO BARAJAS-VASQUEZ      DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 54) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on June 5, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 54) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Amended 28 U.S.C. § 2255 motion (Doc. 53) is **DENIED**. Further, for the reasons set forth in the Report and Recommendation, no certificate of appealability will be issued.

**IT IS SO ORDERED** on this 25th day of June, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE